IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV119-1-MU
3:02CR152-MU

| | |
|---|---|
| THOMAS WILLIAM FIELDER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court upon Petitioner's Motion for Transcripts and Petitioner's Motion to Release Sealed Material to Printer and for Prepayment of Fees, both filed April 1, 2005.

In his the above-referenced motions, Petitioner requests that the Court assist him in obtaining certain documents to help him prepare his § 2255 motion. On April 5, 2005, this Court granted Petitioner's § 2255 motion. Consequently, because Petitioner no longer has a pending § 2255 motion before this Court, his motions are now moot.

**THEREFORE, IT IS HEREBY ORDERED that:**

1. Petitioner's Motion for Transcripts is DENIED; and

2. Petitioner's Motion to Release Sealed Material to Printer and for Prepayment of Fees is DENIED.

Graham C. Mullen
Chief United States District Judge