# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| THOMAS WILLIAM FIELDER | ) Case No: 3:02CR00152-009 |
| | ) USM No: 17718-058 |
| Date of Previous Judgment: 3/16/2004 | ) None |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 35          Amended Offense Level: 33
Criminal History Category: III       Criminal History Category: III
Previous Guideline Range: 240 to 262 months    Amended Guideline Range: 240 to 240 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   No reduction recommended due to the statutory mandatory minimum sentence.

**III. ADDITIONAL COMMENTS**
The defendant is also serving a consecutive sentence of 60 months in Count Eleven for a violation of 18 U.S.C. § 924(c).

Except as provided above, all provisions of the judgment dated   3/16/2004   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   August 3, 2009

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge