UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:02-cr-152-9

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) | |
| Vs. | ) ) | ORDER |
| **THOMAS WILLIAM FIELDER,** | ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's *pro se* Motion for Early Termination of Supervised Release (#575), filed April 4, 2018. The court has conferred with defendant's Supervising Officer, USPO J. Isaacs, who confirms that defendant has successfully completed several years of supervision, that he has had no positive urinalysis to date after random drug testing and 40 urine samples taken, and that his only infraction has been one for fishing without a license, which the DA voluntarily dismissed on March 14, 2018; otherwise, defendant has not incurred any other charges or infractions since commencing his term of supervised release. The government has interposed no objection. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* Motion for Early Termination of Supervised Release (#575) is **GRANTED**, and supervision is terminated early as successfully completed.

Signed: August 29, 2018

Max O. Cogburn Jr
United States District Judge